RON E. SHULMAN (RS-1299)
MICHAEL B. LEVIN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

SAMMI MALEK (SM-4912)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899

MARK D. FLANAGAN
NATHAN L. WALKER
WILMER CUTLER PICKERING HALE & DORR, LLP
1117 California Avenue
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Petitioners,
INTERDIGITAL COMMUNICATIONS CORPORATION AND
INTERDIGITAL TECHNOLOGY CORPORATION

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between<br>INTERDIGITAL COMMUNICATIONS CORPORATION, a Pennsylvania corporation and INTERDIGITAL TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>      Petitioners,<br><br>   and<br><br>SAMSUNG ELECTRONICS CO., LTD., a corporation existing under the laws of the Republic of Korea,<br><br>      Respondent. | Case No. 1:06-CV-6833 (KMK)<br>ECF CASE<br><br>**DECLARATION OF SAMMI MALEK IN SUPPORT OF PETITION FOR ORDER CONFIRMING ARBITRATION AWARD AND IN OPPOSITION TO SAMSUNG'S CROSS-PETITION TO VACATE** |

I, Sammi Malek, declare as follows:

1.      I, the undersigned, am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for petitioners InterDigital Communications Corporation and InterDigital Technology Corporation (collectively, "InterDigital").  I am an active, licensed member of the State Bar of New York.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Final Award issued in the *Samsung II* Arbitration.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the September 24, 2002 Hearing Transcript from the *Samsung I* Arbitration.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of William J. Merritt from the *Samsung II* Arbitration.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the TDMA Patent License Agreement between InterDigital Technology Corporation and Samsung Electronics Co. Ltd.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Master Agreement between InterDigital Communications Corporation, InterDigital Technology Corporation and Samsung Electronics, Co., Ltd.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Patent License Agreement between InterDigital Communications Corporation, InterDigital Technology Corporation and Nokia Corporation.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the Master Agreement between InterDigital Communications Corporation, InterDigital Technology Corporation and Nokia Corporation.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Final Award issued in the *Samsung I* Arbitration.

10.     Attached hereto as Exhibit 9 is a true and correct copy of Samsung's Answer from the *Samsung I* Arbitration.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the Second Declaration of Charles R. Donohoe from the *Samsung I* arbitration.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Final Award issued in the *Nokia* Arbitration.

13.     Attached hereto as Exhibit 12 is a true and correct copy of Samsung's Request for Arbitration dated November 24, 2003.

14.     Attached hereto as Exhibit 13 is a true and correct copy of the Settlement Agreements between Nokia Corporation and InterDigital Communications Corporation and InterDigital Technology Corporation.

15.     Attached hereto as Exhibit 14 is a true and correct copy of the May 1, 2006 letter from Mark Flanagan to the Tribunal.

16.     Attached hereto as Exhibit 15 is a true and correct copy of the June 1, 2006 letter from Ron Shulman to the Tribunal.

17.     Attached hereto as Exhibit 16 is a true and correct copy of the June 12, 2006 letter from David Healey to the Tribunal.

18.     Attached hereto as Exhibit 17 is a true and correct copy of the June 14, 2006 letter from Ron Shulman to the Tribunal.

19.     Attached hereto as Exhibit 18 is a true and correct copy of the June 15, 2006 letter from Henry King to David Healey and Ron Shulman.

20.     Attached hereto as Exhibit 19 is a true and correct copy of the June 15, 2006 email from David Healey to Henry King.

21.     Attached hereto as Exhibit 20 is a true and correct copy of the June 30, 2006 letter from David Healey to Jane Schultz.

22.     Attached hereto as Exhibit 21 is a true and correct copy of the September 11, 2006 letter from David Healey to Jane. Schultz.

23.     Attached hereto as Exhibit 22 is a true and correct copy of the case *Bendel Feed & Flour Mill, Ltd., v. Seaboard Corp.*, No. 99 Civ. 4054, 2000 WL 1051870 (S.D.N.Y. July 28,

2000).

24.      Attached hereto as Exhibit 23 is a true and correct copy of Samsung's Response to Respondents' Objection to Arbitrator Alan Naftalin.

25.      Attached hereto as Exhibit 24 is a true and correct copy of Samsung's Pre-Hearing Memorial from the *Samsung II* arbitration.

26.      Attached hereto as Exhibit 25 is a true and correct copy of the Patent License Agreement between InterDigital Technology Corporation and Sony Ericsson Mobile Communications AB.

27.      Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the *Nokia* Arbitration hearing.

28.      Attached hereto as Exhibit 27 is a true and correct copy of the Expert Witness Statement of Dr. Jonathan Putnam from the *Nokia* Arbitration.

29.      Attached hereto as Exhibit 28 is a true and correct copy of the case *Consol. Rail Corp. v. Metro. Transp. Auth.*, No. 95 Civ. 2142, 1996 WL 137587 (S.D.N.Y. Mar. 22, 1996).

30.      Attached hereto as Exhibit 29 is a true and correct copy of the Expert Witness Statement of David Kennedy from the *Nokia* Arbitration.

31.      Attached hereto as Exhibit 30 is a true and correct copy of the Expert Rebuttal Witness Statement of Dr. Jonathan D. Putnam from the *Nokia* Arbitration.

32.      Attached hereto as Exhibit 31 is a true and correct copy of the Expert Witness Statement of Professor Jerry A. Hausman from the *Samsung II* Arbitration.

33.      Attached hereto as Exhibit 32 is a true and correct copy of the Supplemental Expert Witness Statement of Professor Jerry A. Hausman from the *Samsung II* Arbitration.

34.      Attached hereto as Exhibit 33 is a true and correct copy of the Rebuttal Expert Witness Statement of Professor Jerry A. Hausman from the *Samsung II* Arbitration.

35.      Attached hereto as Exhibit 34 is a true and correct copy of the Expert Witness Statement of Jonathan Putnam from the *Samsung II* Arbitration.

36.    Attached hereto as Exhibit 35 is a true and correct copy of the Addendum to the Expert Witness Statement of Jonathan Putnam from the *Samsung II* Arbitration.

37.    Attached hereto as Exhibit 36 is a true and correct copy of the Supplemental Expert Witness Statement of Jonathan Putnam from the *Samsung II* Arbitration.

38.    Attached hereto as Exhibit 37 is a true and correct copy of the *Samsung II* Arbitration Transcript.

39.    Attached hereto as Exhibit 38 is a true and correct copy of the June 14, 2006 letter from Ron Shulman to the Tribunal on behalf of both parties.

40.    Attached hereto as Exhibit 39 is a true and correct copy of the May 10, 2006 letter from David Healey to the Tribunal.

41.    Attached hereto as Exhibit 40 is a true and correct copy of the May 11, 2006 letter from Henry King to David Healey, Mark Flanagan and Ron Shulman.

42.    Attached hereto as Exhibit 41 is a true and correct copy of an incorrectly dated "May *16*, 2006" letter from David Healey to the Tribunal in reply to the Tribunal's May 11, 2006 letter.  As indicated in the May 19, 2006 cover e-mail from Khoa Nguyen, this letter was submitted to the Tribunal on May 19, 2006.

43.    Attached hereto as Exhibit 42 is a true and correct copy of the May 19, 2006 letter from Mark Flanagan to the Tribunal.

44.    Attached hereto as Exhibit 43 is a true and correct copy of the May 23, 2006 letter from David Healey to the Tribunal.

45.    Attached hereto as Exhibit 44 is a true and correct copy of the May 24, 2006 letter from the Tribunal to David Healey and Ron Shulman.

46.    Attached hereto as Exhibit 45 is a true and correct copy of the David Healey email of June 14, 2006.

47.    Attached hereto as Exhibit 46 is a true and correct copy of  the case *United Food and Commercial Workers, Union Local No. 655 v. St. Johns Mercy Health System*, No. 4:04 CV 480 CDP, 2005 WL 2333922 (E.D. Mo. Sept. 22, 2005).

48.     Attached hereto as Exhibit 47 is a true and correct copy of the case *American Nursing Home v. Local 144 Hotel, Hosp., Nursing Home and Allied Services Union SEIU, AFL-CIO*, No. 89 Civ. 1704, 1992 WL 47553 (S.D.N.Y. Mar. 4, 1992)

49.     Attached hereto as Exhibit 48 is a true and correct copy of the case *Bennington Iron Works, Inc. v. J.P. Constr. Co.*, No. CIV. A. 94-11035-GAO, 1996 WL 208494 (D. Mass. Mar. 6, 1996).

50.     Attached hereto as Exhibit 49 is a true and correct copy of the October 12, 2006, email from Hosik Jang to Bill J. Merritt and the attachment thereto.

51.     Attached hereto as Exhibit 50 is a true and correct copy of the case *Ukrvneshprom State Foreign Econ. Enter. v. Tradeway, Inc.*, No. 95 CIV. 10278 (RPP), 1996 WL 107285 (S.D.N.Y. Mar. 12, 1996).

52.     Attached hereto as Exhibit 51 is a true and correct copy of the Rules of Arbitration of the International Chamber of Commerce.

53.     Attached hereto as exhibit 52 is a true and correct copy of a Proposed Judgment.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 27, 2006 in New York, New York.


                                        _____/s/ Sammi Malek_____

                                                Sammi Malek