**Exhibits 1- 21**

**Exhibits 1-21 contain non-public, confidential information. Exhibits 1-21 have been lodged with the Court by Petitioners in confidence pending a ruling on an upcoming stipulated request to file them under seal.**

Case 1:06-cv-06833-RJS    Document 15-2    Filed 10/27/2006    Page 2 of 2